JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANTRELL JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DSC LOGISTICS INC. and SUPPLY CHAIN MANAGEMENT; And Does 1 through 50, Inclusive,<br><br>　　　　　Defendants. | Case No.  5:15-cv-01209-JVS-SP<br><br>**JUDGMENT**<br><br>Date:　July 11, 2016<br>Time:　1:30 p.m.<br>Judge:　Hon. James V. Selna<br>Ctrm:　10C<br><br>Complaint Filed:　May 13, 2015<br>Pretrial Conference:　August 15, 2016<br>Trial:　August 30, 2016 |

JUDGMENT
Case No. 5:15-cv-01209-JVS-SP

27547664v.1

In accordance with the Court's orders dated July 19, 2016 and August 16, 2016, **IT IS ORDERED AND ADJUDICATED** that judgment shall be entered in favor of Defendant DSC Logistics, Inc. and against Plaintiff Cantrell Jackson, and Plaintiff's Complaint shall be dismissed in its entirety, with prejudice. Defendant DSC Logistics, Inc. shall be awarded its costs of suit herein.

**JUDGMENT IS SO ORDERED.**

DATED: August 24, 2016

_____
HONORABLE JAMES V. SELNA
United States District Judge
U.S. District Court
for the Central District of California